UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ULYSSES WILLIAMS,

        Plaintiff,

    -against-

STEVEN H. SINDOS; LEGAL AID
SOCIETY; SUPERINTENDENT, ULSTER
CORRECTIONAL FACILITY;
SUPERINTENDENT, OTIS BANTUM
CORRECTIONAL FACILITY,

        Defendants.
------------------------------------------------------------X

ORDER

08 Civ. 00378 (GBD)

GEORGE B. DANIELS, U.S.D.J.

    Plaintiff submitted the instant action with an application to proceed *in forma pauperis*. On January 31, 2008, this case was assigned to my docket. As plaintiff's application to proceed in forma pauperis has never been ruled upon, I hereby GRANT leave to proceed *in forma pauperis* for the purpose of serving the summons and complaint in this action. See 28 U.S.C. §§ 1915(a), 1921 (a)(1)(A). The *Pro Se* Office is directed to forward to plaintiff the necessary materials to enable the United States Marshals Service to serve defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure. Plaintiff is directed to complete the USM-285 forms and forward the materials to the United States Marshal Service, which is directed to serve the summons and complaint upon defendants in accordance with Fed. R. Civ. P. 4.

    IT IS SO ORDERED.

Dated: FEB 0 5 2008
New York, New York

                                                 GEORGE B. DANIELS
                                                 United States District Judge
                                                 **HON. GEORGE B. DANIELS**