

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 10 2008

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

LESLIE LEACH
DEPUTY ATTORNEY GENERAL
STATE COUNSEL DIVISION

(212) 416-8653

JUNE DUFFY
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU
STATE COUNSEL DIVISION

June 4, 2008

BY HAND
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**SO ORDERED**

*George B Daniels*

HON. GEORGE B. DANIELS

Re: Williams v. Sindos / 08 Civ. 378 (GBD)

JUN 09 2008

Dear Judge Daniels:

I represent Superintendent Carlsen, Ulster Correctional Facility, in the above-referenced action. I write to respectfully request an extension of time until June 27, 2008 to answer or move with respect to the complaint. This is defendant Superintendent Carlsen's first request for an extension of time.

Plaintiff brings this action against his former attorney, the Legal Aid Society, the Superintendent of a City Correction Center and Superintendent Carlsen of Ulster Correctional Facility alleging, inter alia, that he was unlawfully transferred into state custody and held seven days passed his maximum expiration date. Accordingly, additional time is necessary to investigate the facts and prepare the appropriate responsive papers. Plaintiff pro se has not been contacted for his consent, as I do not have a telephone number for him and because of the delays associated with communicating via first class mail.

Wherefore, it is respectfully requested that the time for Superintendent Carlsen to respond to the complaint be adjourned to June 27, 2008.

Respectfully submitted,

REBECCA ANN DURDEN
Assistant Attorney General

cc: Chevron Brooks (via facsimile)
Ulysses Williams Pro Se (via overnight mail)