


MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Chevon Andre Brooks
212-788-0874
212-788-8877 (fax)

June 27, 2008

SO ORDERED

*/s/ George B. Daniels*

HON. GEORGE B. DANIELS

JUL 0 2 2008

By Hand:
Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street, Room 630
New York, New York 10007

Re:   Williams v. Sindos, et al.
      Index No.: 08 CV 00378 (GBD)(JCF)

Dear Judge Daniels:

      This office represents the City defendant, "Superintendent, Otis Bantum Correctional Facility", in the above-referenced action in which pro se plaintiff alleges malpractice against the Legal Aid Society and Steven H. Sindos, false imprisonment against the State defendant, "Superintendent Ulster Correctional Facility", and that he was improperly transferred by the City defendant from a City correctional facility to a State correctional facility.

      I write to request an extension, until July 18, 2008, to respond to plaintiff's complaint. Defendant's response was previously due Friday, June 27, 2008. This is the defendant's second such request. Defendant has made several attempts to contact plaintiff in this matter but has been unable to do so. However, plaintiff will suffer no harm from this extension as the City defendant is only requesting an additional three weeks to respond to plaintiff's complaint, and this time does not conflict with any other scheduled activity in this matter. Further, the two other defendants, Steven H. Sindos and the Legal Aid Society, have yet to appear in this action.

      The reason for this second request is that the City defendant is still awaiting information from the New York State Department of Correction that will verify its position that plaintiff was properly transferred from City custody to State custody prior to his maximum release date, and hence City defendant has no liability here. Since the plaintiff was held both in City and State custody, not all of the information required by the City for its defense are entirely within its possession.

Accordingly, City defendant respectfully requests that the Court grant him an additional three weeks (until Friday, July 18, 2008) to respond to the complaint in this action.

Thank you for your consideration of this request.

Respectfully submitted,

Chevon Andre Brooks (CB 1616)
Assistant Corporation Counsel

CC   Ulysses Williams
     Plaintiff Pro Se
     2559 Sedwick Avenue
     Bronx, New York 10468
     (by mail)

     Rebecca Ann Durden
     Attorney for Defendant: Superintendent Carlsen, Ulster Correctional Facility
     120 Broadway
     New York, New York 10271-0332
     (by mail)